FILED

02/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

FEB 1 3 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

Honorable Frank J. Joseph, Judge of the District Court for the Second Judicial District of the State of Montana, has requested the assistance of retired District Judge Kurt Krueger to assume jurisdiction of Butte-Silver Bow County Cause Nos. DC-23-143, *State v. Ballensky*; DC-22-5, *State v. Kurtiss Copyak*; and DG-12-35, *In the Matter of Preston McKinney*.

Judge Krueger has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Second Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. Honorable Kurt Krueger, retired District Judge, is hereby called to active service in the District Court of the Second Judicial District of the State of Montana, to assume judicial authority of Butte-Silver Bow County Cause Nos. DC-23-143. *State v. Ballensky*; DC-22-5, *State v. Kurtiss Copyak*; and DG-12-35, *In the Matter of Preston McKinney*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Krueger shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. This Order is effective through June 30, 2025.

4. A copy of this Order shall be filed with the Clerk of Court for Butte-Silver Bow County, with the request that this Order be sent to all counsel of record in the above-listed matters.

5. A copy of this Order shall also be furnished to Judge Frank J. Joseph, Judge Kurt Krueger, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 13th day of February, 2025.

_____
Chief Justice